**Item I (c)**  - Attorneys for Plaintiffs, continued

Matthew R. Segal
American Civil Liberties Union Foundation of Massachusetts
211 Congress Street, Boston MA 02110
617-482-3170

Adam Schwartz (*pro hac vice* forthcoming)
Sophia Cope (*pro hac vice* forthcoming)
Aaron Mackey (*pro hac vice* forthcoming)
Electronic Frontier Foundation
815 Eddy Street, San Francisco CA 94109
415-436-9333

Esha Bhandari (*pro hac vice* forthcoming)
Hugh Handeyside (*pro hac vice* forthcoming)
Nathan Freed Wessler (*pro hac vice* forthcoming)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York NY 10004
212-549-2500