IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright,<br><br>        Plaintiffs,<br><br>   v.<br><br>Elaine Duke, Acting Secretary of the U.S. Department of Homeland Security, in her official capacity; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and Thomas Homan, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,<br><br>        Defendants. | Case No. 1:17-cv-11730 |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEYS ESHA BHANDARI, HUGH HANDEYSIDE, AND NATHAN FREED WESSLER**

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, Jessie J. Rossman, an attorney admitted to practice before this Court, hereby moves for the admission *pro hac vice* of Esha Bhandari, Hugh Handeyside, and Nathan Freed Wessler of the American Civil Liberties Union Foundation to appear and practice before this Court in the above-captioned matter.

The applicants all meet the requirements of the Local Rule as demonstrated in each of their certificates included hereto. Their expertise and resources are needed to provide adequate

representation to the plaintiffs in this case, which raises issues of national importance regarding the First and Fourth Amendments to the U.S. Constitution. In compliance with the Local Rule, the undersigned local counsel is filing an appearance in this case.

DATED: September 13, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Jessie J. Rossman*
　　　　　　　　　　　　　　　　　　　　　Jessie J. Rossman
　　　　　　　　　　　　　　　　　　　　　BBO #670685
　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　FOUNDATION OF MASSACHUSETTS
　　　　　　　　　　　　　　　　　　　　　211 Congress Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　(617) 482-3170 (phone)
　　　　　　　　　　　　　　　　　　　　　(617) 451-0009 (fax)
　　　　　　　　　　　　　　　　　　　　　jrossman@aclum.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, I filed the foregoing document electronically with the Clerk of the Court through ECF, which will send a Notice of Electronic Filing to the registered participants.

　　　　　　　　　　　　　　　　　　　　　/s/ Jessie Rossman
　　　　　　　　　　　　　　　　　　　　　Jessie Rossman