IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright,<br><br>Plaintiffs,<br><br>v.<br><br>Elaine Duke, Acting Secretary of the U.S. Department of Homeland Security, in her official capacity; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and Thomas Homan, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,<br><br>Defendants. | Case No. 1:17-cv-11730 |

**CERTIFICATE OF NATHAN FREED WESSLER**

I, Nathan Freed Wessler, declare:

1. I am a member in good standing of the bars of New York, Massachusetts, and every other jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

4. I have not had any previous admission *pro hac vice* or for any other limited purpose to this court revoked for misconduct.

5. I am admitted to practice in the State of New York (January 2011); the Commonwealth of Massachusetts (February 2011); the U.S. District Court for the Southern District of New York (November 2011); the U.S. District Court for the Eastern District of New York (September 2015); the U.S. Court of Appeals for the Second (July 2015), Fourth (March 2013), Fifth (May 2017), Sixth (March 2011), Seventh (December 2015), Ninth (May 2014), and Eleventh (July 2013) Circuits; and the U.S. Supreme Court (October 2016).

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed on September 13, 2017.

_____

Nathan Freed Wessler
nwessler@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500
Fax: 212-549-2654