# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright, <br><br>                Plaintiffs, <br><br>       v. <br><br> Elaine Duke, Acting Secretary of the U.S. Department of Homeland Security, in her official capacity; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and Thomas Homan, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity, <br><br>                Defendants. | Case No.  1:17-cv-11730 |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew Segal as counsel for plaintiffs in the above-captioned matter.

Dated: September 13, 2017               Respectfully submitted,

                                        By: /s/ *Matthew R. Segal*
                                            Matthew R. Segal (BBO # 654489)
                                            American Civil Liberties Union
                                             Foundation of Massachusetts
                                            211 Congress Street, Suite 301
                                            Boston, MA 02110
                                            (617) 482-3170
                                            msegal@aclum.org

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed through the Electronic Court Filing system on September 13, 2017, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

/s/ *Matthew R. Segal*
Matthew R. Segal