# Exhibit A

# RECEIPT OF PROPERTY

I, _____, acknowledge that on December 13, 2017, a Samsung Galaxy S7 Model 935PUD was returned to me.

_____
(Signature)