IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>        Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND THOMAS HOMAN, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-cv-11730-DJC |

**PLAINTIFFS' ASSENTED TO MOTION TO SUPPLEMENT BRIEFING SCHEDULE**

Plaintiffs respectfully move to supplement the briefing schedule in the above-captioned case. Specifically, plaintiffs request the addition of a deadline of February 2, 2018, for *amicus* briefs. Defendants consent to this motion. In support of this motion, plaintiffs state as follows:

1.    This lawsuit concerns plaintiffs' challenge to alleged searches and confiscations of electronic devices at the U.S. border. Plaintiffs allege that such searches and confiscations violate the First and Fourth Amendments to the U.S. Constitution.

2. On October 27, 2017, the parties jointly moved for entry of a briefing schedule. *See* Dkt. No. 11. On October 31, 2017, this Court granted that motion. *See* Dkt. No. 12. Specifically, this Court ordered defendants to file their responsive pleading by December 15, 2017, and ordered plaintiffs to file their response by January 26, 2018. *Id.*

3. On December 15, 2017, defendants moved to dismiss. *See* Dkt. Nos. 14-15.

4. Plaintiffs have learned that from one to four entities would like to file *amicus* briefs regarding the issues raised by this case. Plaintiffs believe that such *amicus* briefs would assist this Court in deciding the questions presented by defendants' motion to dismiss.

5. Plaintiffs suggest that an appropriate time for the filing of such *amicus* briefs would be one week after plaintiffs file their response to defendants' motion to dismiss. That would be on February 2, 2018.

6. Defendants consent to this motion.

7. Attached hereto as exhibit one is a proposed order.

WHEREFORE, plaintiffs respectfully request that this Court supplement the briefing schedule in this case by adding February 2, 2018, as the deadline for *amicus* briefs.

Respectfully submitted:                                                    Dated: December 21, 2017

| ELECTRONIC FRONTIER FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS |

| | | |
|---|---|---|
| /s/ *Adam Schwartz* <br> Adam Schwartz <br> (admitted *pro hac vice*) <br> Sophia Cope <br> (admitted *pro hac vice*) <br> Aaron Mackey <br> (admitted *pro hac vice*) <br> ELECTRONIC <br> FRONTIER <br> FOUNDATION <br> 815 Eddy Street <br> San Francisco, CA 94109 <br> (415) 436-9333 (phone) <br> (415) 436-9993 (fax) <br> adam@eff.org <br> sophia@eff.org <br> amackey@eff.org | Esha Bhandari <br> (admitted *pro hac vice*) <br> Hugh Handeyside <br> (admitted *pro hac vice*) <br> Nathan Freed Wessler <br> (admitted *pro hac vice*) <br> AMERICAN CIVIL <br> LIBERTIES UNION <br> FOUNDATION <br> 125 Broad Street, <br> 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 (phone) <br> (212) 549-2583 (fax) <br> ebhandari@aclu.org <br> hhandeyside@aclu.org <br> nwessler@aclu.org | Jessie J. Rossman <br> BBO #670685 <br> Matthew R. Segal <br> BBO #654489 <br> AMERICAN CIVIL <br> LIBERTIES UNION <br> FOUNDATION OF <br> MASSACHUSETTS <br> 211 Congress Street <br> Boston, MA 02110 <br> (617) 482-3170 (phone) <br> (617) 451-0009 (fax) <br> jrossman@aclum.org <br> msegal@aclum.org <br><br> *Counsel for Plaintiffs* |

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I certify that on December 20, 2017 I conferred with Defendants' counsel before filing this motion. The Defendants assented to our proposed deadline of February 2, 2018 for *amicus* briefs.

/s/ *Adam Schwartz*
Adam Schwartz

## CERTIFICATE OF SERVICE

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on December 21, 2017.

/s/ *Adam Schwartz*
Adam Schwartz