**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND THOMAS HOMAN, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>　　　Defendants. | Civil Action No. 17-cv-11730-DJC |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby notify this Court that on January 4, 2018, U.S. Customs and Border Protection ("CBP") issued CBP Directive No. 3340-049A, concerning the Border Search of Electronic Devices, attached hereto as Exhibit A. This Directive supersedes the 2009 Directive 3340-049 on the same subject. Also on January 4, 2018, CBP issued a Privacy Impact Assessment Update for CBP Border Searches of Electronic Devices, attached hereto as Exhibit B.

Among other things, Directive No. 3340-049A clarifies CBP's authority to search electronic devices at the border, and adopts and establishes internal policies and procedures concerning specific types of device searches. Included in its provisions, the new Directive requires "reasonable suspicion of activity in violation of the laws enforced or administered by CBP" or a "national security concern" in order to conduct an "advanced search of an electronic device," which is defined as "any search in which an Officer connects external equipment . . . to an electronic device . . . to review, copy, and/or analyze its contents." *See* Directive No. 3340-049A at ¶ 5.1.4.

Respectfully submitted,                                                                 Dated: January 9, 2018


CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Michael.L.Drezner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018 a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Michael L. Drezner*
Michael L. Drezner