**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>    Plaintiffs,<br><br>        v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>    Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), and consistent with this Court's statement at the July 16, 2018, Scheduling Conference, *see* 7/16/2018 Tr. at 14–15, the parties in the above-captioned action respectfully request that the Court enter the attached Agreed Protective Order. The attached Protective Order is designed to ensure that discovery in this case may proceed expeditiously, without jeopardizing the parties' interests in preserving the confidentiality of

1

information that is protected from disclosure by the Privacy Act, 5 U.S.C. § 552a, personally identifiable information, and other information that qualifies for protection under Federal Rule of Civil Procedure 26(c). The proposed Protective Order ensures that the parties and the Court have access to all necessary information; defines the circumstances under which potential third parties may be given access to information; requires that the parties file redacted versions of any court filings to ensure that the public has appropriate access to information regarding this action; and also creates a procedure for the parties to negotiate and resolve any disputes regarding application of the Protective Order. The parties have conferred in good faith regarding the terms of the proposed Protective Order, and both parties agree that entry of the attached Protective Order will appropriately facilitate discovery in this action. Accordingly, for good cause shown, the parties jointly and respectfully request entry of the attached Protective Order.

Dated: September 7, 2018

ADAM SCHWARTZ
SOPHIA COPE
AARON MACKEY
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333 (phone)
(415) 436-9993 (fax)
adam@eff.org
sophia@eff.org
amackey@eff.org

ESHA BHANDARI
HUGH HANDEYSIDE
*/s/ Nathan Wessler*
NATHAN FREED WESSLER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2583 (fax)
ebhandari@aclu.org
hhandeyside@aclu.org
nwessler@aclu.org

MATTHEW R. SEGAL
JESSIE J. ROSSMAN
American Civil Liberties Union Foundation
   of Massachusetts
211 Congress Street
Boston, MA 02110
(617) 482-3170 (phone)
(617) 451-0009 (fax)
jrossman@aclum.org

*Attorneys for Plaintiffs*

Respectfully Submitted,

U.S. DEPARTMENT OF JUSTICE

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/ Michael Drezner*
Marsha Stelson Edney
Senior Trial Counsel
Michael Drezner
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division/Federal Programs
Mail:   P.O. Box 883
Washington, DC 20530
Street:  20 Massachusetts Avenue, N.W.,
Rm. 7146
Washington, DC 20001
T: (202) 514-4505
Email: Michael.Drezner@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that this document and attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on September 7, 2018.

/s/ Nathan Freed Wessler
Nathan Freed Wessler