# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
GHASSAN ALASAAD, et al.,            )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 17-cv-11730-DJC
     v.                             )
                                    )
KIRSTJEN NIELSEN, et al.,           )
                                    )
            Defendants.             )
_____)

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 22, 2018, this Court granted Defendants' motion to stay discovery, in light of the lapse of appropriations for the Department of Justice and the agency Defendants in the above-captioned matter. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice and the agency Defendants through February 15, 2019, and the Department of Justice has now resumed its usual civil litigation functions. Consistent with the Court's Order of January 22, 2019, Dkt. No. 77, Defendants request the opportunity to meet and confer with Plaintiffs' counsel for the purpose of submitting to the Court, no later than Friday, February 1, a proposed schedule for the completion of discovery and the subsequent briefing of the parties' anticipated cross-motions for summary judgment, that takes into account the duration of the lapse in appropriations.

DATED: January 28, 2019            Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

                                   JOHN R. GRIFFITHS
                                   Director, Federal Programs Branch

                                   DIANE KELLEHER
                                   Assistant Director, Federal Programs Branch

-2-

/s/ *Michael Drezner*
MICHAEL DREZNER
Trial Attorney (Virginia Bar No. 83836)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-4505 (direct)
(202) 616-8470
Michael.L.Drezner@usdoj.gov

*Counsel for the Defendants*

### Certificate of Service

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael Drezner*
Michael Drezner