UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
GHASSAN ALASAAD, et al., )
 )
          Plaintiffs, )
 ) Civil Action No. 17-cv-11730-DJC
v. )
 )
KIRSTJEN NIELSEN, et al., )
 )
          Defendants. )
_____)

## JOINT STATUS REPORT

On January 22, 2018, this Court granted Defendants' motion to stay discovery, in light of the lapse of appropriations for the Department of Justice and the agency Defendants in the above-captioned matter. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice and the agency Defendants through February 15, 2019, and the Department of Justice has now resumed its usual civil litigation functions. Consistent with the Court's Order of January 22, 2019, Dkt. No. 77, the parties respectfully propose a revised schedule for the completion of discovery and the subsequent briefing of the parties' anticipated cross-motions for summary judgment, that takes into account the duration of the lapse in appropriations. The parties' proposed schedule is as follows:

- March 22, 2019- All discovery is completed

- Between April 8-12, 2019- Parties are available for telephonic status conference, and the parties prefer April 12, if convenient for the Court

- April 30, 2019- Plaintiffs' Motion for Summary Judgment

- June 6, 2019- Defendants' Cross-Motion for Summary Judgment

- July 3, 2019- Plaintiffs' Response/Reply

-2-
- August 2, 2019- Defendants' Reply[1]

In addition, Plaintiffs request oral argument following the conclusion of briefing, at a time convenient for the Court. Defendants take no position on this request.

DATED: February 1, 2019                    Respectfully submitted,

/s/ *Nathan Freed Wessler*                JOSEPH H. HUNT
NATHAN FREED WESSLER              Assistant Attorney General
ESHA BHANDARI
HUGH HANDEYSIDE                        JOHN R. GRIFFITHS
American Civil Liberties Union Foundation   Director, Federal Programs Branch
125 Broad Street, 18th Floor
New York, NY 10004                       DIANE KELLEHER
(212) 549-2500 (phone)                   Assistant Director, Federal Programs Branch
(212) 549-2583 (fax)
nwessler@aclu.org                          /s/ *Michael Drezner*
ebhandari@aclu.org                        MARSHA STELSON EDNEY
hhandeyside@aclu.org                   Senior Trial Counsel
                                                        MICHAEL DREZNER
ADAM SCHWARTZ                          Trial Attorney
SOPHIA COPE                               Civil Division, Federal Programs Branch
Electronic Frontier Foundation          1100 L St. NW
815 Eddy Street                              Washington, DC 20005
San Francisco, CA 94109                (202) 514-4505 (direct)
(415) 436-9333 (phone)                  (202) 616-8470 (fax)
(415) 436-9993 (fax)                       Michael.L.Drezner@usdoj.gov
adam@eff.org
sophia@eff.org                               *Counsel for Defendants*

MATTHEW R. SEGAL
JESSIE J. ROSSMAN
American Civil Liberties Union Foundation
    of Massachusetts
211 Congress Street
Boston, MA 02110
(617) 482-3170 (phone)
(617) 451-0009 (fax)
jrossman@aclum.org

*Counsel for Plaintiffs*

---

[1] In lieu of a formal motion, Defendants request the opportunity to file a reply of 15 pages, given the complexity of the issues in the instant case. Plaintiffs do not oppose this request.

-3-

**Certificate of Service**

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael Drezner*
Michael Drezner