IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**JOINT MOTION FOR EXTENSION OF PAGE NUMBER LIMIT FOR SUMMARY JUDGMENT PRINCIPAL MEMORANDA AND DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright (collectively "Plaintiffs"), and Defendants Kirstjen Nielsen, Secretary of the U.S. Department of Homeland Security, Kevin McAleenan, Commissioner of U.S. Customs and Border Protection, and Ronald Vitiello, Acting Director of U.S. Immigration and Customs Enforcement, all in their official capacities (collectively "Defendants"), hereby respectfully file (1) a joint motion to request leave of

1

Court to submit summary judgment principal memoranda limited to 30 pages in length, and (2) Defendants' unopposed motion for leave to file a reply brief of 15 pages.

First, the parties jointly move for leave to submit principal summary judgment memoranda of up to 30 pages in length. This Court's order setting a briefing schedule for cross-motions for summary judgment did not address page limits for the parties' principal memoranda. ECF No. 80. The parties recognize that Local Rule 7.1(b)(4) provides that memoranda supporting or opposing motions are limited to 20 pages in length. However, given that there are 11 Plaintiffs in the instant case, which concerns multiple constitutional issues, the parties respectfully request an extension of the page limit, as the Court granted for the Motion to Dismiss. *See* ECF No. 12 ("Briefs not to exceed 30 pages."). Thus, the parties propose the following page limits: Plaintiffs' brief in support of their Motion for Summary Judgment: 30 pages; Defendants' brief in support of their Cross-Motion for Summary Judgment: 30 pages; Plaintiffs' brief in opposition to Defendants' cross-motion: 15 pages.

Second, Defendants move for leave to file a summary judgment reply brief. This Court's order setting a briefing schedule, ECF No. 80, did not address Defendants' unopposed request to file a summary judgment reply brief, *see* ECF No. 79 at 2 n. 1. Accordingly, Defendants respectfully seek leave to file a reply brief no more than 15 pages in length. A reply brief in this case is warranted both because of the important issues at stake, and because it ensures that the parties are able to file the same number of briefs in connection with their cross-motions for summary judgment. Plaintiffs do not oppose this motion.

Dated: April 3, 2019   Respectfully submitted,

| | |
|---|---|
| ADAM SCHWARTZ<br>*/s/ SOPHIA COPE*<br>Electronic Frontier Foundation<br>815 Eddy Street | U.S. DEPARTMENT OF JUSTICE<br><br>JOSEPH H. HUNT<br>Assistant Attorney General |

San Francisco, CA 94109
(415) 436-9333 (phone)
(415) 436-9993 (fax)
adam@eff.org
sophia@eff.org

ESHA BHANDARI
HUGH HANDEYSIDE
NATHAN FREED WESSLER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2583 (fax)
ebhandari@aclu.org
hhandeyside@aclu.org
nwessler@aclu.org

MATTHEW R. SEGAL
JESSIE J. ROSSMAN
American Civil Liberties Union Foundation
    of Massachusetts
211 Congress Street
Boston, MA 02110
(617) 482-3170 (phone)
(617) 451-0009 (fax)
jrossman@aclum.org

*Attorneys for Plaintiffs*

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

MARSHA STELSON EDNEY
Senior Trial Counsel
*/s/ MICHAEL L. DREZNER*
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division/Federal Programs
Mail: P.O. Box 883
Washington, DC 20530
1100 L. St., N.W.,
Rm. 12210
Washington, DC 20005
T: (202) 514-4505
Email: Michael.Drezner@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Michael L. Drezner*
Michael L. Drezner
