# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright,<br><br>Plaintiffs,<br><br>v.<br><br>Kirstjen Nielsen, Secretary of the U.S. Department of Homeland Security, in his official capacity; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and Thomas Homan, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,<br><br>Defendants. | No. 1:17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

## NOTICE OF AGREED NAME CHANGE IN CAPTION

Plaintiffs respectfully file this Notice of Agreed Name Change In Caption. By way of explanation, Plaintiffs state:

1. Plaintiff Diane Maye changed her name to Diane Maye Zorri.

2. This change should be reflected in the caption of this case.

3. Defendants have assented to this caption change.

Respectfully submitted:                                             Dated:  April 11, 2019

/s/ *Saira Hussain*

| Adam Schwartz * | Esha Bhandari* | Jessie J. Rossman |
| Sophia Cope* | Hugh Handeyside* | BBO #670685 |
| Saira Hussain* | Nathan Freed Wessler* | Matthew R. Segal |
| ELECTRONIC FRONTIER FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION | BBO #654489 AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS |
| 815 Eddy Street | 125 Broad Street, 18th Floor | 211 Congress Street |
| San Francisco, CA 94109 | New York, NY 10004 | Boston, MA 02110 |
| (415) 436-9333 (phone) | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| (415) 436-9993 (fax) | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| adam@eff.org | ebhandari@aclu.org | jrossman@aclum.org |
| sophia@eff.org | hhandeyside@aclu.org | msegal@aclum.org |
| saira@eff.org | nwessler@aclu.org | |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

### CERTIFICATE UNDER LOCAL RULE 7.1

I certify that on April 9, 2019, I conferred with Defendants' counsel before filing this notice. The Defendants assented to changing the caption in this case to reflect our client's new name, Diane Maye Zorri.

*/s/ Adam Schwartz*
Adam Schwartz

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Saira Hussain*
Saira Hussain