UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL aka ISMA'IL KUSHKUSH, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, MATTHEW WRIGHT, and DIANE MAYE ZORRI,<br><br>          Plaintiffs,<br><br>     v.<br><br>KEVIN McALEENAN, Secretary of the U.S. Department of Homeland Security, in his official capacity; JOHN SANDERS, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and MATTHEW T. ALBENCE, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity,<br><br>          Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, all Plaintiffs respectfully move the Court to enter summary judgment in their favor against all Defendants on their claims in their Amended Complaint, ECF No. 7. Plaintiffs file the following documents in support of the instant Motion: Plaintiffs' Memorandum in Support of Their Motion for Summary Judgment and Plaintiffs' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment with accompanying 47 exhibits, including the declarations of all 11 Plaintiffs and the declaration of Plaintiffs' attorney Sophia Cope. Plaintiffs also file an Assented-To Motion to File Under Seal Records Covered by Protective Order.

1

**Request for Oral Argument**

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument. This Court has currently scheduled a hearing on July 18, 2019, to hold oral argument on the instant Motion. ECF No. 88.

Respectfully submitted:                                                                 Dated: April 30, 2019

| Adam Schwartz * | /s/Esha Bhandari | Jessie J. Rossman |
| Sophia Cope* | Esha Bhandari* | BBO #670685 |
| Saira Hussain* | Hugh Handeyside* | Matthew R. Segal |
| ELECTRONIC FRONTIER | Nathan Freed Wessler* | BBO #654489 |
| FOUNDATION | AMERICAN CIVIL | AMERICAN CIVIL |
| 815 Eddy Street | LIBERTIES UNION | LIBERTIES UNION |
| San Francisco, CA 94109 | FOUNDATION | FOUNDATION OF |
| (415) 436-9333 (phone) | 125 Broad Street, | MASSACHUSETTS |
| (415) 436-9993 (fax) | 18th Floor | 211 Congress Street |
| adam@eff.org | New York, NY 10004 | Boston, MA 02110 |
| sophia@eff.org | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| saira@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
|  | ebhandari@aclu.org | jrossman@aclum.org |
|  | hhandeyside@aclu.org | msegal@aclum.org |
|  | nwessler@aclu.org |  |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

/s/ *Esha Bhandari*

Esha Bhandari