# EXHIBIT 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,    Plaintiffs,   v.   KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,    Defendants. | Civil Action No. 17-cv-11730-DJC   Hon. Denise J. Casper |

### DECLARATION OF PLAINTIFF DIANE MAYE ZORRI

1. I am a university professor and a former captain in the United States Air Force.

2. I am a U.S. citizen.

3. I reside in Florida.

4. On June 25, 2017, I flew from Oslo, Norway, to Miami, Florida. I was on my way home after a vacation in Europe. I was traveling with a locked MacBook Pro laptop computer and a locked iPhone 7 smartphone.

1

5. Upon landing, a U.S. Customs and Border Protection ("CBP") officer seized my laptop and phone and ordered me to unlock the devices.

6. I was coerced into unlocking both devices. I was alone with two CBP officers in a small room that felt like a police station. An officer had ordered me to enter the room. I understood, based on the CBP officers' tone and demeanor, that they were commanding me to unlock my devices. I was exhausted after 24 hours of continuous travel, and I needed to communicate with my husband, who was waiting for me.

7. I observed a CBP officer manually search my unlocked laptop.

8. My unlocked phone was seized for about two hours. During most of this time, my phone was out of my sight. I believe that officers searched my phone during this time.

9. I felt that the search violated my privacy. It felt like CBP was prying into my personal and professional life.

10. I regularly travel internationally for personal reasons, and carry electronic devices with me when I do so.

11. To the best of my knowledge, since January 1, 2013, I have returned to the United States from an international trip at least 10 times.

12. At the current time, I intend to continue traveling internationally for professional and personal reasons.

13. There is a significant possibility that I will travel to Italy for personal reasons in June or July 2019.

14. I have tentative plans to attend conferences in Serbia in June 2019 and the Czech Republic in November 2019, but have not yet booked travel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2019

Diane Maye Zorri