IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE ZORRI, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>    Plaintiffs,<br><br>        v.<br><br>KEVIN K. MCALEENAN, ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; JOHN P. SANDERS, CHIEF OPERATING OFFICER AND SENIOR OFFICIAL PERFORMING THE FUNCTIONS AND DUTIES OF THE COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND MARK A. MORGAN, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>    Defendants.[1] | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection,

and U.S. Immigration and Customs Enforcement, hereby cross-move for summary judgment

pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7.  The reasons for this

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary Kevin McAleenan, Chief Operating Officer John P. Sanders, and Acting Director Mark A. Morgan, are automatically substituted as Defendants.

motion are set forth in Defendants' memorandum of points and authorities in support of Defendants' motion, Defendants' statement of material facts as to which there is no genuine dispute, and the accompanying exhibits, including the declarations of Randy Howe, David Denton, and Jenny Tsang.  A proposed order is also attached.

Dated: June 6, 2019                                          Respectfully submitted:

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/ Marsha Edney*
MARSHA STELSON EDNEY
Senior Trial Counsel

MICHAEL DREZNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division/Federal Programs
1100 L. St. NW
Washington, DC 20005
T: (202) 514-4505
Email: Michael.Drezner@usdoj.gov

Attorneys for Defendants

2

**CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)**

I certify that the parties agreed that this matter should be disposed through motion practice.  *See* ECF No. 79 (joint status report revising briefing schedule).

*/s/ Marsha Edney*
Marsha Edney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Marsha Edney*
Marsha Edney