# EXHIBIT J

MATERIAL SUBJECT TO PROTECTIVE ORDER BELOW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>        Plaintiffs,<br><br>            v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>        Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**PLAINTIFF ZAINAB MERCHANT'S RESPONSES AND OBJECTIONS TO DEFENDANTS' INTERROGATORIES**

Plaintiff Zainab Merchant hereby responds and objects to Defendants' Interrogatories

dated September 7, 2018, as follows, with certain material below designated as

CONFIDENTIAL per the terms of the Protective Order in this case. *See* ECF No. 69.

**GENERAL OBJECTIONS**

Plaintiff objects to the Interrogatories to the extent they may be construed to seek

information (i) not relevant to the subject matter of this action; (ii) not relevant to any claim or

the responses to any and all of these Interrogatories, and hereby makes the following specific

objections and responses while reserving the right to make additional objections as may be

deemed appropriate during the course of discovery.

**Interrogatory No. 1: For each plaintiff, list all instances of international travel to and from the United States (including dates of departure and return, names used on passports or other travel documents, ports of exit and entry, and destination country and city), from January 1, 2008, to present.**

**RESPONSE:**

Plaintiff objects to this request as overbroad, unduly burdensome, and not proportional to

the needs of the case to the extent it seeks all instances of international travel dating back to

January 1, 2008. This time period, comprising over 10 years, is unduly burdensome and seeks

information that is irrelevant. Plaintiffs filed suit in September 2017 seeking forward-looking

injunctive relief against Defendants' policies and practices of conducting electronic device

searches. While some increment of Plaintiffs' past travel and searches of electronic devices may

be relevant to Plaintiffs' standing, no Plaintiff has alleged a search of an electronic device prior

to 2016.

Additionally, Plaintiff objects to providing information about destination country and

city, other than the initial point of arrival after leaving the United States. While the initial point

of arrival after leaving the United States may be relevant to the case, information about any

further destination of foreign travel is not relevant and is outside the scope of discovery

authorized by the Court in its scheduling order, which is limited to Plaintiffs' standing and

Defendants' policies and practices.

Subject to the above-described objections, Plaintiff will provide the requested

information dating from January 1, 2013, to the present.

3

To the best of Plaintiff Merchant's knowledge, the following are all instances of international travel to and from the United States since January 1, 2013:

| Date | Departure | Arrival |
|---|---|---|
| June 5, 2013 | New York, NY | Dubai, United Arab Emirates |
| July 13, 2013 | Dubai, United Arab Emirates | Dallas, TX |
| December 17, 2013 | Orlando, FL | London, United Kingdom |
| January 12, 2014 | London, United Kingdom | Orlando, FL |
| May 24, 2015 | New York, NY | Dubai, United Arab Emirates |
| June 11, 2015 | Dubai, United Arab Emirates | New York, NY |
| September 1, 2016 | Blaine, WA | Vancouver, Canada |
| September 5, 2016 | Vancouver, Canada | Blaine, WA |
| December 13, 2016 | Orlando, FL | Toronto, Canada |
| December 19, 2016 | Toronto, Canada | New York, NY |
| March 1, 2017 | Chicago, IL | Toronto, Canada |
| March 5, 2017 | Toronto, Canada | Newark, NJ |
| August 30, 2017 | Orlando, FL | London, United Kingdom |
| September 15, 2017 | London, United Kingdom | Orlando, FL |
| March 22, 2018 | Orlando, FL | Toronto, Canada |
| April 5, 2018 | London, United Kingdom | Orlando, FL |
| June 20, 2018 | Fort Lauderdale, FL | Dubai, United Arab Emirates |
| July 7, 2018 | Dubai, United Arab Emirates | Fort Lauderdale, FL |
| August 20, 2018 | Orlando, FL | Toronto, Canada |
| September 9, 2018 | Toronto, Canada | Orlando, FL |
| September 11, 2018 | Orlando, FL | Toronto, Canada |

To the best of Ms. Merchant's knowledge, the name on her passport and other travel documents during all of these trips was "Zainab Merchant."

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the case. Notwithstanding this objection, Plaintiff will state whether each instance of international travel identified in response to Interrogatory No. 1 was for business or personal reasons, to the extent of Plaintiff's knowledge.

All of Ms. Merchant's travel across the U.S. border from January 1, 2013 to the present was for personal reasons.

**Interrogatory No. 3:** **For each instance of international travel listed in response to Interrogatory 1, identify every person who traveled with each plaintiff(s).  For each entry where a plaintiff traveled alone, respond "none" for that entry.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the case. The identity of any person who traveled with Plaintiffs during all past international travel has no bearing on the likelihood that any of the Plaintiffs will have their electronic devices searched or detained by Defendants in the future or on the constitutionality of Defendants' challenged policies and practices. Furthermore, providing this information is unduly burdensome and affects the rights of third parties not before the Court.

**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

In responding to this Interrogatory, Plaintiff considers an electronic device to have been "detained" any time it was taken out of Plaintiff's possession or control by DHS, CBP and/or ICE. Plaintiff considers an electronic device to have been "confiscated" any time it was kept by DHS, CBP and/or ICE after Plaintiff completed the border inspection process and left the port of entry.

To the best of Plaintiff Merchant's knowledge, the following instances of international travel listed in response to Interrogatory No. 1 involved a search and/or detention of one or more

of her electronic devices:

| Date | Departure | Arrival |
|------|-----------|---------|
| March 5, 2017 | Toronto, Canada | Newark, NJ |
| April 5, 2018 | London, United Kingdom | Orlando, FL |
| July 7, 2018 | Dubai, United Arab Emirates | Fort Lauderdale, FL |
| September 9, 2018 | Toronto, Canada | Orlando, FL |

**Interrogatory No. 5:** **For each plaintiff, provide their date of birth, passport number(s), and any aliases or alternative name spellings used during the course of international travel to and from the United States from January 1, 2008, to the present.**

**RESPONSE:**

Plaintiff Merchant provides the following information, with date of birth and passport

numbers designated as Confidential under the terms of the Protective Order in this case. *See* ECF

No. 69.



**Interrogatory No. 6:** **For each search and/or detention of an electronic device listed in response to Interrogatory 4, describe in detail all facts concerning each search, including but not limited to the persons and Government entities involved in the search, the type of device searched (including the length of the search and/or detention, the date any detained electronic devices were returned, and the outcome of the search and/or detention).**

**RESPONSE:**

To the best of Plaintiff Merchant's knowledge, the following are facts concerning each

search described in response to Interrogatory No. 4:

I declare under penalty of perjury that the foregoing Responses to Interrogatories are true and correct to the best of my knowledge, information and belief.



Dated: October 9, 2018

Signed by Counsel as to All Objections and Legal Contentions:

Dated: October 9, 2018

*/s/ Hugh Handeyside*

| | | |
|---|---|---|
| Adam Schwartz | Esha Bhandari | Jessie J. Rossman |
| Sophia Cope | Hugh Handeyside | Matthew R. Segal |
| Aaron Mackey | Nathan Freed Wessler | AMERICAN CIVIL |
| ELECTRONIC FRONTIER | AMERICAN CIVIL | LIBERTIES UNION |
| FOUNDATION | LIBERTIES UNION | FOUNDATION OF |
| 815 Eddy Street | FOUNDATION | MASSACHUSETTS |
| San Francisco, CA 94109 | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9333 (phone) | New York, NY 10004 | Boston, MA 02110 |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| adam@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| sophia@eff.org | ebhandari@aclu.org | jrossman@aclum.org |
| amackey@eff.org | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was sent by electronic mail to counsel of record in the case on October 9, 2018.

*/s/Esha Bhandari*

Esha Bhandari

17

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GHASSAN ALASAAD, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 17-cv-11730-DJC |
| KIRSTJEN NIELSEN, et al., | Hon. Denise J. Casper |
| Defendants. | |

**PLAINTIFF ZAINAB MERCHANT'S SUPPLEMENTAL RESPONSE
TO DEFENDANTS' INTERROGATORIES**

Plaintiff Zainab Merchant, pursuant to Rule 26(e) of the Federal Rules of Civil

Procedure, hereby provides this supplemental response to her interrogatory response of

October 9, 2018. Ms. Merchant herein incorporates by reference all objections in her earlier

response.

**Interrogatory No. 1: For each plaintiff, list all instances of international travel to and from
the United States (including dates of departure and return, names used on passports or
other travel documents, ports of exit and entry, and destination country and city), from
January 1, 2008, to present.**

**RESPONSE:**

December 15, 2018: Flight from Toronto, Canada to Orlando, Florida.

January 8, 2019: Flight from Orlando, Florida to Toronto, Canada.

March 13, 2019: Flight from Toronto, Canada to London, United Kingdom.

March 19, 2019: Flight from London, United Kingdom to Toronto, Canada.

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

The purpose of the trips listed in the supplemental response to Interrogatory No. 1 was

personal.

**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

To the best of Ms. Merchant's knowledge, the additional international travel listed in the

supplemental response to Interrogatory No. 1 did not involve a search and/or detention of her

electronic devices.

**Interrogatory No. 7:** **For each plaintiff, list all international travel to and from the United States planned in the future (including dates of departure and return, ports of exit and entry, and destination country and city, from August 31, 2018 onward.**

**RESPONSE:**

On or about April 4, 2019, Ms. Merchant intends to travel from Toronto, Canada to

Boston, Massachusetts for her graduate studies. She has not yet purchased tickets for this trip.

She plans to travel between Toronto, Canada and Boston, Massachusetts periodically through

May 2020 in order to complete her graduate studies. This travel is highly likely.

I declare under penalty of perjury that the foregoing Responses to Interrogatories are true and correct to the best of my knowledge, information, and belief.



Dated: March 22, 2019

Zainab Merchant

Signed by Counsel as to All Objections and Legal Contentions:

Dated: March 22, 2019

*/s/ Hugh Handeyside*

| | | |
|---|---|---|
| Adam Schwartz | Esha Bhandari | Jessie J. Rossman |
| Sophia Cope | Hugh Handeyside | Matthew R. Segal |
| Aaron Mackey | Nathan Freed Wessler | AMERICAN CIVIL |
| ELECTRONIC FRONTIER | AMERICAN CIVIL | LIBERTIES UNION |
| FOUNDATION | LIBERTIES UNION | FOUNDATION OF |
| 815 Eddy Street | FOUNDATION | MASSACHUSETTS |
| San Francisco, CA 94109 | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9333 (phone) | New York, NY 10004 | Boston, MA 02110 |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| adam@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| sophia@eff.org | ebhandari@aclu.org | jrossman@aclum.org |
| amackey@eff.org | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was sent by electronic mail to counsel of record in the case on March 22, 2019.

*/s/ Esha Bhandari*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 17-cv-11730-DJC |
| v. | ) ) ) | Hon. Denise J. Casper |
| KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF SIDD BIKKANNAVAR'S RESPONSES AND OBJECTIONS TO
DEFENDANTS' INTERROGATORIES**

Plaintiff Sidd Bikkannavar hereby responds and objects to Defendants' Interrogatories

dated September 7, 2018, as follows, with certain material below designated as

CONFIDENTIAL per the terms of the Protective Order in this case. *See* ECF No. 69.

**GENERAL OBJECTIONS**

Plaintiff objects to the Interrogatories to the extent they may be construed to seek

information (i) not relevant to the subject matter of this action; (ii) not relevant to any claim or

the responses to any and all of these Interrogatories, and hereby makes the following specific

objections and responses while reserving the right to make additional objections as may be

deemed appropriate during the course of discovery.


**Interrogatory No. 1:** **For each plaintiff, list all instances of international travel to and from the United States (including dates of departure and return, names used on passports or other travel documents, ports of exit and entry, and destination country and city), from January 1, 2008, to present.**

**RESPONSE:**

Plaintiff objects to this request as overbroad, unduly burdensome, and not proportional to

the needs of the case to the extent it seeks all instances of international travel dating back to

January 1, 2008. This time period, comprising over 10 years, is unduly burdensome and seeks

information that is irrelevant. Plaintiffs filed suit in September 2017 seeking forward-looking

injunctive relief against Defendants' policies and practices of conducting electronic device

searches. While some increment of Plaintiffs' past travel and searches of electronic devices may

be relevant to Plaintiffs' standing, no Plaintiff has alleged a search of an electronic device prior

to 2016.

Additionally, Plaintiff objects to providing information about destination country and

city, other than the initial point of arrival after leaving the United States. While the initial point of

arrival after leaving the United States may be relevant to the case, information about any further

destination of foreign travel is not relevant and is outside the scope of discovery authorized by

the Court in its scheduling order, which is limited to Plaintiffs' standing and Defendants' policies

and practices.

Subject to the above-described objections, Plaintiff will provide the requested

information dating from January 1, 2013, to the present.

To the best of Plaintiff Bikkannavar's knowledge, the following are all instances of international travel to and from the United States since January 1, 2013. During these trips, the name on ████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

Trip 1:

July 23, 2013: San Francisco International Airport (SFO) to Narita International Airport, Tokyo, Japan (NRT)

August 5, 2013: Narita International Airport, Tokyo, Japan (NRT) to San Francisco International Airport (SFO)

Trip 2:

September 27, 2013: Honolulu International Airport (HNL) to Brisbane Airport, Australia (BNE)

October 15, 2013: Adelaide Airport, Australia (ADL) to Los Angeles International Airport (LAX)

Trip 3:

March 13, 2014: Newark Liberty International Airport (EWR) to Barcelona-El Prat Airport, Spain (BCN)

March 17, 2013: Barcelona-El Prat Airport, Spain (BCN) to Newark Liberty International Airport (EWR)

Trip 4:

      May 29, 2014: San Francisco International Airport (SFO) to Narita International Airport, Tokyo, Japan (NRT)

      June 4, 2014: Narita International Airport, Tokyo, Japan (NRT) to San Francisco International Airport (SFO)


Trip 5:

      July 30, 2014: San Francisco International Airport (SFO) to Narita International Airport, Tokyo, Japan (NRT)

      August 27, 2014: Munich Airport, Germany (MUC) to Washington Dulles International Airport (IAD)


Trip 6:

      November 7, 2014: George Bush Intercontinental Airport, Houston (IAH) to Ezeiza International Airport, Buenos Aires, Argentina (EZE)

      November 21, 2014: Jorge Chávez International Airport, Lima, Peru (LIM) to George Bush Intercontinental Airport, Houston (IAH)


Trip 7:

      November 24, 2014: Los Angeles International Airport (LAX) to Melbourne Airport, Australia (MEL)

      November 30, 2014: Melbourne Airport, Australia (MEL) to Los Angeles International

Airport (LAX)

Trip 8:

December 20, 2014: Los Angeles International Airport (LAX) to Abu Dhabi International Airport, United Arab Emirates (AUH)

December 29, 2014: Abu Dhabi International Airport, United Arab Emirates (AUH) to Los Angeles International Airport (LAX)

Trip 9:

January 12, 2015: Los Angeles International Airport (LAX) to Abu Dhabi International Airport, United Arab Emirates (AUH)

January 26, 2015: Paris Charles de Gaulle Airport, France (CDG) to Los Angeles International Airport (LAX)

Trip 10:

April 3, 2015: Car trip from San Diego, California to Tijuana, Mexico via San Ysidro Port of Entry.

April 5, 2015: Car trip from Tijuana, Mexico to San Diego, California via San Ysidro Port of Entry.

Trip 11:

June 3, 2015: Los Angeles International Airport (LAX) to Frankfurt Airport, Germany (FRA)

June 15, 2015: Narita International Airport, Tokyo, Japan (NRT) to San Francisco International Airport (SFO)


Trip 12:

July 29, 2015: Los Angeles International Airport (LAX) to Tokyo International Airport, Japan (HND)

August 4, 2015: Narita International Airport, Tokyo, Japan (NRT) to Honolulu International Airport (HNL)


Trip 13:

October 12, 2015: Los Angeles International Airport (LAX) to Sydney Airport, Australia (SYD)

October 26, 2015: Sydney Airport, Australia (SYD) to Los Angeles International Airport (LAX)


Trip 14:

December 29, 2015: Los Angeles International Airport (LAX) to Cancun International Airport, Mexico (CUN)

January 2, 2016: Cancun International Airport, Mexico (CUN) to Los Angeles International Airport (LAX)


Trip 15:

February 12, 2016: Chicago O'Hare International Airport (ORD) to Munich Airport,

Germany (MUC)

February 15, 2016: Munich Airport, Germany (MUC) to Washington Dulles International

Airport (IAD)


Trip 16:

April 19, 2016: George Bush Intercontinental Airport, Houston (IAH) to Santiago

International Airport, Chile (SCL)

April 29, 2016: Santiago International Airport, Chile (SCL) to George Bush

Intercontinental Airport, Houston (IAH)


Trip 17:

June 22, 2016: Los Angeles International Airport (LAX) to Narita International Airport,

Tokyo, Japan (NRT)

June 27, 2016: Narita International Airport, Tokyo, Japan (NRT) to Los Angeles

International Airport (LAX)


Trip 18:

August 2, 2016: Los Angeles International Airport (LAX) to Narita International Airport,

Tokyo, Japan (NRT)

August 8, 2016: Narita International Airport, Tokyo, Japan (NRT) to Los Angeles

International Airport (LAX)


Trip 19:

September 22, 2016: Washington Dulles International Airport (IAD) to Brussels Airport, Belgium (BRU)

September 27, 2016: Berlin Tegel Airport, Germany (TXL) to Newark Liberty International Airport (EWR)


Trip 20:

November 9, 2016: Newark Liberty International Airport (EWR) to Lisbon Airport, Portugal (LIS)

November 17, 2016: Lisbon Airport, Portugal (LIS) to Newark Liberty International Airport (EWR)


Trip 21:

January 15, 2017: George Bush Intercontinental Airport, Houston (IAH) to Santiago International Airport, Chile (SCL)

January 31, 2017: Santiago International Airport, Chile (SCL) to George Bush Intercontinental Airport, Houston (IAH)


Trip 22:

March 14, 2017: George Bush Intercontinental Airport, Houston (IAH) to Amsterdam Airport Schipol, Netherlands (AMS)

March 26, 2017: Munich Airport, Germany (MUC) to Newark Liberty International Airport (EWR)

Trip 23:

    April 25, 2017: Newark Liberty International Airport (EWR) to Milan-Malpensa Airport, Italy (MXP)

    May 8, 2017: Munich Airport, Germany (MUC) to Chicago O'Hare International Airport (ORD)


Trip 24:

    June 22, 2017: Los Angeles International Airport (LAX) to Tokyo International Airport, Japan (HND)

    July 9, 2017: Chhatrapati Shivaji Maharaj International Airport, Bombay/Mumbai, India (BOM) to Newark Liberty International Airport (EWR)


Trip 25:

    August 2, 2017: San Francisco International Airport (SFO) to Tokyo International Airport, Japan (HND)

    August 7, 2017: Narita International Airport, Tokyo, Japan (NRT) to Los Angeles International Airport (LAX)


Trip 26:

    September 30, 2017: San Francisco International Airport (SFO) to Sydney Airport, Australia (SYD)

    October 16, 2017: Melbourne Airport, Australia (MEL) to Los Angeles International Airport (LAX)

Trip 27:

 November 20, 2017: Los Angeles International Airport (LAX) to London Heathrow
Airport, United Kingdom (LHR)

 November 26, 2017: London Heathrow Airport, United Kingdom (LHR) to Los Angeles
International Airport (LAX)

Trip 28:

 February 15, 2018: Chicago O'Hare International Airport (ORD) to Munich Airport,
Germany (MUC)

 February 20, 2018: Munich Airport, Germany (MUC) to Chicago O'Hare International
Airport (ORD)

Trip 29:

 May 23, 2018: Newark Liberty International Airport (EWR) to Barcelona-El Prat
Airport, Spain (BCN)

 May 29, 2018: Munich Airport, Germany (MUC) to San Francisco International Airport
(SFO)

Trip 30:

 June 8, 2018: San Francisco International Airport (SFO) to Tokyo International Airport,
Japan (HND)

 June 13, 2018: Narita International Airport, Tokyo, Japan (NRT) to Los Angeles

International Airport (LAX)

Trip 31:

August 1, 2018: San Francisco International Airport (SFO) to Tokyo International

Airport, Japan (HND)

August 8, 2018: Narita International Airport, Tokyo, Japan (NRT) to Los Angeles

International Airport (LAX)

Trip 32:

September 18, 2018: Washington Dulles International Airport (IAD) to Brussels Airport,

Belgium (BRU)

September 26, 2018: Amsterdam Airport Schipol, Netherlands (AMS) to Washington

Dulles International Airport (IAD)

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the

case. Notwithstanding this objection, Plaintiff will state whether each instance of international

travel identified in response to Interrogatory No. 1 was for business or personal reasons, to the

extent of Plaintiff's knowledge.

Trip 1: Personal

Trip 2: Personal

Trip 3: Personal

Trip 27: Personal

Trip 28: Personal

Trip 29: Personal

Trip 30: Personal

Trip 31: Personal

Trip 32: Personal


**Interrogatory No. 3:** **For each instance of international travel listed in response to Interrogatory 1, identify every person who traveled with each plaintiff(s).  For each entry where a plaintiff traveled alone, respond "none" for that entry.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the case. The identity of any person who traveled with Plaintiffs during all past international travel has no bearing on the likelihood that any of the Plaintiffs will have their electronic devices searched or detained by Defendants in the future or on the constitutionality of Defendants' challenged policies and practices. Furthermore, providing this information is unduly burdensome and affects the rights of third parties not before the Court.


**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

In responding to this Interrogatory, Plaintiff considers an electronic device to have been "detained" any time it was taken out of Plaintiff's possession or control by DHS, CBP and/or ICE. Plaintiff considers an electronic device to have been "confiscated" any time it was kept by

14

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

DHS, CBP and/or ICE after Plaintiff completed the border inspection process and left the port of entry.

To the best of Plaintiff Bikkannavar's knowledge, the following instances of international travel listed in response to Interrogatory No. 1 involved a search and/or detention of one or more of Plaintiff's electronic devices:

Of the instances of international travel listed in response to Interrogatory 1 above, CBP officers on one occasion detained and searched one of Mr. Bikkannavar's electronic devices. This occurred when he entered the United States on January 30, 2017, after a flight from Santiago, Chile. This is listed above as "Trip 21."


**Interrogatory No. 5: For each plaintiff, provide their date of birth, passport number(s), and any aliases or alternative name spellings used during the course of international travel to and from the United States from January 1, 2008, to the present.**

**RESPONSE:**

Plaintiff Bikkannavar provides the following information, with date of birth and passport numbers designated as Confidential under the terms of the Protective Order in this case. *See* ECF No. 69.



I declare under penalty of perjury that the foregoing Responses to Interrogatories are true and

correct to the best of my knowledge, information and belief.


_____                    Dated: October \_\_\_, 2018

Sidd Bikkannavar


Signed by Counsel as to All Objections and Legal Contentions:

Dated: October 9, 2018

*/s/ Nathan Freed Wessler*

| | | |
|---|---|---|
| Adam Schwartz | Esha Bhandari | Jessie J. Rossman |
| Sophia Cope | Hugh Handeyside | Matthew R. Segal |
| Aaron Mackey | Nathan Freed Wessler | AMERICAN CIVIL |
| ELECTRONIC FRONTIER | AMERICAN CIVIL | LIBERTIES UNION |
| FOUNDATION | LIBERTIES UNION | FOUNDATION OF |
| 815 Eddy Street | FOUNDATION | MASSACHUSETTS |
| San Francisco, CA 94109 | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9333 (phone) | New York, NY 10004 | Boston, MA 02110 |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| adam@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| sophia@eff.org | ebhandari@aclu.org | jrossman@aclum.org |
| amackey@eff.org | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |


*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GHASSAN ALASAAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-cv-11730-DJC |
| | ) | |
| KIRSTJEN NIELSEN, et al., | ) | Hon. Denise J. Casper |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF SIDD BIKKANNAVAR'S**
**SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORIES**

Plaintiff Sidd Bikkannavar, pursuant to Rule 26(e) of the Federal Rules of Civil

Procedure, hereby provides this supplemental response to his interrogatory response of

October 5, 2018. Bikkannavar herein incorporates by reference all objections in his earlier

response.

**Interrogatory No. 1: For each plaintiff, list all instances of international travel to and from the United States (including dates of departure and return, names used on passports or other travel documents, ports of exit and entry, and destination country and city), from January 1, 2008, to present.**

**RESPONSE:**

Trip 33:

>   October 17, 2018: Houston (IAH) to Santiago, Chile (SCL)

>   October 29, 2018: Santiago, Chile (SCL) to Houston (IAH)


Trip 34:

>   January 17, 2019: Newark (EWR) to Milan, Italy (MXP)

>   January 22, 2019: Munich, Germany (MUC) to Washington, DC (IAD)

Trip 35:

>February 14, 2019: San Francisco (SFO) to Singapore (SIN)

>February 20, 2019: Singapore (SIN) to San Francisco (SFO)

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

The purpose of each additional trip listed in the supplemental response to Interrogatory

No. 1 was for personal reasons.

**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

To the best of Plaintiff Bikkannavar's knowledge, none of the additional instances of

international travel listed in the supplemental response to Interrogatory No. 1 involved a search

and/or detention of Plaintiff's electronic devices.

**Interrogatory No. 7:** **For each plaintiff, list all international travel to and from the United States planned in the future (including dates of departure and return, ports of exit and entry, and destination country and city, from August 31, 2018 onward.**

**RESPONSE:**

On March 20, 2019, Plaintiff is ticketed to fly from Los Angeles (LAX) to San Jose del

Cabo, Mexico (SJD). On March 23, 2019, Plaintiff is ticketed to fly from San Jose del Cabo,

Mexico (SJD) to Los Angeles (LAX).

2

It is likely that Plaintiff will take additional trips that are not yet known or planned, as Plaintiff frequently travels internationally on relatively short notice.

I declare under penalty of perjury that the foregoing Supplemental Responses to Interrogatories are true and correct to the best of my knowledge, information, and belief.

_____          Dated: March 19, 2019

Sidd Bikkannavar

Signed by Counsel as to All Objections and Legal Contentions:

Dated: March 19, 2019

*/s/ Nathan Freed Wessler*

| Adam Schwartz | Esha Bhandari | Jessie J. Rossman |
| --- | --- | --- |
| Sophia Cope | Hugh Handeyside | Matthew R. Segal |
| ELECTRONIC FRONTIER | Nathan Freed Wessler | AMERICAN CIVIL |
| FOUNDATION | AMERICAN CIVIL | LIBERTIES UNION |
| 815 Eddy Street | LIBERTIES UNION | FOUNDATION OF |
| San Francisco, CA 94109 | FOUNDATION | MASSACHUSETTS |
| (415) 436-9333 (phone) | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9993 (fax) | New York, NY 10004 | Boston, MA 02110 |
| adam@eff.org | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| sophia@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| | ebhandari@aclu.org | jrossman@aclum.org |
| | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE MAYE, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT, )<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; KEVIN MCALEENAN, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND RONALD VITIELLO, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**PLAINTIFF MATTHEW WRIGHT'S RESPONSES AND OBJECTIONS TO
DEFENDANTS' INTERROGATORIES**

Plaintiff MATTHEW WRIGHT hereby responds and objects to Defendants'

Interrogatories dated September 7, 2018, as follows, with certain material below designated as

CONFIDENTIAL per the terms of the Protective Order in this case. *See* ECF No. 69.

## **GENERAL OBJECTIONS**

Plaintiff objects to the Interrogatories to the extent they may be construed to seek

information (i) not relevant to the subject matter of this action; (ii) not relevant to any claim or

## SPECIFIC OBJECTIONS AND RESPONSES

Plaintiff incorporates by reference the General Objections in response to each of

Defendants' Interrogatories set forth below. Plaintiff reserves the right to amend and supplement

the responses to any and all of these Interrogatories, and hereby makes the following specific

objections and responses while reserving the right to make additional objections as may be

deemed appropriate during the course of discovery.

**Interrogatory No. 1:** **For each plaintiff, list all instances of international travel to and from the United States (including dates of departure and return, names used on passports or other travel documents, ports of exit and entry, and destination country and city), from January 1, 2008, to present.**

**RESPONSE:**

Plaintiff objects to this request as overbroad, unduly burdensome, and not proportional to

the needs of the case to the extent it seeks all instances of international travel dating back to

January 1, 2008. This time period, comprising over 10 years, is unduly burdensome and seeks

information that is irrelevant. Plaintiffs filed suit in September 2017 seeking forward-looking

injunctive relief against Defendants' policies and practices of conducting electronic device

searches. While some increment of Plaintiffs' past travel and searches of electronic devices may

be relevant to Plaintiffs' standing, no Plaintiff has alleged a search of an electronic device prior

to 2016.

Additionally, Plaintiff objects to providing information about destination country and

city, other than the initial point of arrival after leaving the United States. While the initial point of

arrival after leaving the United States may be relevant to the case, information about any further

destination of foreign travel is not relevant and is outside the scope of discovery authorized by

the Court in its scheduling order, which is limited to Plaintiffs' standing and Defendants' policies

3

and practices.

Subject to the above-described objections, Plaintiff will provide the requested

information dating from January 1, 2013, to the present.

To the best of Plaintiff MATTHEW WRIGHT's knowledge, the following are all

instances of international travel to and from the United States since January 1, 2013:

Name on passports: ███████████████████

Trip 1:
2012-12-29 - Denver (DEN) to San Jose (SJO)
2013-01-06 - San Jose (SJO) to Denver (DEN)

Trip 2:
2013-05-12 - Denver (DEN) to Reykjavik (KEF)
2013-06-03 - Crossed land border between Toronto, Canada and Buffalo, NY

Trip 3:
2013-06-28 - Seattle (SEA) to Victoria (YYJ)
2013-07-09 - Victoria (YYJ) to Seattle (SEA)

Trip 4:
2013-11-11 - Denver (DEN) to Tokyo (NRT)
2014-10-23 - London (LHR) to Washington (IAD)

Trip 5:
2015-01-19 - Los Angeles (LAX) to Tokyo (HND)
2015-02-09 - Tokyo (NRT) to Los Angeles (LAX)

Trip 6:
2015-03-03 - Washington (IAD) to Dubai (DXB)
2015-03-14 - Dubai (DXB) to Washington (IAD)

Trip 7:
2015-04-23 - Miami (MIA) to St. Thomas (STT)
2015-05-04 – St. Thomas (STT) to Miami (MIA)

Trip 8:
2015-05-20 - Denver (DEN) to Cancun (CUN)
2015-06-03 - Lima (LIM) to Newark (EWR)
2015-06-04 - Newark (EWR) to Zurich (ZRH)
2015-08-19 - Chengdu (CTU) to San Francisco (SFO)

Trip 9:
2015-11-04 - Philadelphia (PHL) to Madrid (MAD)
2015-12-07 - Porto (OPO) to Newark (EWR)

Trip 10:
2015-12-31 - Fort Lauderdale (FLL) to Medellin (MDE)
2016-01-17 - Cartagena (CTG) to Fort Lauderdale (FLL)

Trip 11:
2016-03-15 - Chicago (ORD) to Shanghai (PVG)
2016-04-21 - Tokyo (NRT) to Denver (DEN)

Trip 12:
2016-06-27 - Washington (IAD) to Lisbon (LIS)
2016-07-05 - Frankfurt (FRA) to Washington (IAD)

Trip 13:
2016-09-12 - Denver (DEN) to Frankfurt (FRA)
2016-09-26 - Barcelona (BCN) to Washington (IAD)

Trip 14:
2017-01-27 - Denver (DEN) to Puerto Vallarta (PVR)
2017-01-30 - Puerto Vallarta (PVR) to Houston (IAH)

Trip 15:
2017-03-23 - San Francisco (SFO) to Tokyo (NRT)
2017-04-20 - Tokyo (NRT) to Denver (DEN)

Trip 16:
2017-06-28 - Newark (EWR) to London (LHR)
2017-07-16 - London (LHR) to Newark (EWR)

Trip 17:
2017-09-03 - Cincinnati (CVG) to Paris (CDG)
2017-09-17 - Lisbon (LIS) to New York (JFK)

Trip 18:
2018-06-26 - Washington (IAD) to Lisbon (LIS)
2018-07-05 - London (LHR) to Chicago (ORD)

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the case. Notwithstanding this objection, Plaintiff will state whether each instance of international travel identified in response to Interrogatory No. 1 was for business or personal reasons, to the extent of Plaintiff's knowledge.

The purpose of travel for all trips listed in Interrogatory No. 1 was personal.

**Interrogatory No. 3:** **For each instance of international travel listed in response to Interrogatory 1, identify every person who traveled with each plaintiff(s).  For each entry where a plaintiff traveled alone, respond "none" for that entry.**

**RESPONSE:**

Plaintiff objects to this request to the extent it seeks information that is not relevant to the case. The identity of any person who traveled with Plaintiffs during all past international travel has no bearing on the likelihood that any of the Plaintiffs will have their electronic devices searched or detained by Defendants in the future or on the constitutionality of Defendants' challenged policies and practices. Furthermore, providing this information is unduly burdensome and affects the rights of third parties not before the Court.

**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

In responding to this Interrogatory, Plaintiff considers an electronic device to have been "detained" any time it was taken out of Plaintiff's possession or control by DHS, CBP and/or

6

ICE. Plaintiff considers an electronic device to have been "confiscated" any time it was kept by

DHS, CBP and/or ICE after Plaintiff completed the border inspection process and left the port of

entry.

To the best of Plaintiff MATTHEW WRIGHT's knowledge, the following instances of

international travel listed in response to Interrogatory No. 1 involved a search and/or detention of

one or more of Plaintiff's electronic devices:

Trip 11 involved searches and the confiscation of Plaintiff's electronic devices by CBP

and ICE. Plaintiff received his devices 56 days later.

All other trips listed in Interrogatory No. 1 did not involve an electronic device search or

detention/confiscation.

**Interrogatory No. 5:** **For each plaintiff, provide their date of birth, passport number(s), and any aliases or alternative name spellings used during the course of international travel to and from the United States from January 1, 2008, to the present.**

**RESPONSE:**

Plaintiff MATTHEW WRIGHT provides the following information, with date of birth

and passport numbers designated as Confidential under the terms of the Protective Order in this

case. *See* ECF No. 69.



I declare under penalty of perjury that the foregoing Responses to Interrogatories are true and correct to the best of my knowledge, information and belief.

Dated: October __5__, 2018

Signed by Counsel as to All Objections and Legal Contentions:

Dated: October 9, 2018

*/s/ Sophia Cope*

Adam Schwartz
Sophia Cope
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333 (phone)
(415) 436-9993 (fax)
adam@eff.org
sophia@eff.org

Esha Bhandari
Hugh Handeyside
Nathan Freed Wessler
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2583 (fax)
ebhandari@aclu.org
hhandeyside@aclu.org
nwessler@aclu.org

Jessie J. Rossman
Matthew R. Segal
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION OF
MASSACHUSETTS
211 Congress Street
Boston, MA 02110
(617) 482-3170 (phone)
(617) 451-0009 (fax)
jrossman@aclum.org
msegal@aclum.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was sent by electronic mail to counsel of record in the case on October 9, 2018.

*/s/ Sophia Cope*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GHASSAN ALASAAD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-cv-11730-DJC |
| | ) | |
| KIRSTJEN NIELSEN, et al., | ) | Hon. Denise J. Casper |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF MATTHEW WRIGHT'S**
**SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORIES**

Plaintiff MATTHEW WRIGHT, pursuant to Rule 26(e) of the Federal Rules of Civil

Procedure, hereby provides this supplemental response to his interrogatory response of

October 5, 2018. WRIGHT herein incorporates by reference all objections in his earlier

response.

**Interrogatory No. 1:** **For each plaintiff, list all instances of international travel to and from the United States (including dates of departure and return, names used on passports or other travel documents, ports of exit and entry, and destination country and city), from January 1, 2008, to present.**

**RESPONSE:**

Trip 19:
2018-10-09 - Los Angeles (LAX) to Guangzhou (CAN)
2018-10-26 - Guangzhou (CAN) to Los Angeles (LAX)

Trip 20:
2019-01-26 - Houston (IAH) to Quito (UIO)
2019-02-10 - Quito (UIO) to Houston (IAH)

Trip 21:
2019-02-25 - Denver (DEN) to Tokyo (NRT)
2019-03-12 - Singapore (SIN) to San Francisco (SFO)

**Interrogatory No. 2:** **For each instance of international travel listed in response to Interrogatory 1, provide the purpose of that travel.**

**RESPONSE:**

The purpose of the additional trips listed in the supplemental response to Interrogatory

No. 1 was personal.

**Interrogatory No. 4:** **For each instance of international travel listed in response to Interrogatory 1, state whether, in the course of that travel, DHS, CBP and/or ICE searched and/or detained one or more of plaintiff's electronic devices.**

**RESPONSE:**

To the best of Plaintiff WRIGHT's knowledge, the additional trips listed in the

supplemental response to Interrogatory No. 1 did not involve a search and/or detention of

Plaintiff's electronic devices.

**Interrogatory No. 7:** **For each plaintiff, list all international travel to and from the United States planned in the future (including dates of departure and return, ports of exit and entry, and destination country and city, from August 31, 2018 onward.**

**RESPONSE:**

Booked Future Trip:
2019-06-24 - Houston (IAH) to Belize City (BZE)
2019-07-01 - Belize City (BZE) to Houston (IAH)

I declare under penalty of perjury that the foregoing Responses to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____          Dated: March 20 , 2019

MATTHEW WRIGHT

Signed by Counsel as to All Objections and Legal Contentions:

Dated: March 22, 2018

*/s/ Sophia Cope*

| | | |
|---|---|---|
| Adam Schwartz | Esha Bhandari | Jessie J. Rossman |
| Sophia Cope | Hugh Handeyside | Matthew R. Segal |
| ELECTRONIC FRONTIER | Nathan Freed Wessler | AMERICAN CIVIL |
| FOUNDATION | AMERICAN CIVIL | LIBERTIES UNION |
| 815 Eddy Street | LIBERTIES UNION | FOUNDATION OF |
| San Francisco, CA 94109 | FOUNDATION | MASSACHUSETTS |
| (415) 436-9333 (phone) | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9993 (fax) | New York, NY 10004 | Boston, MA 02110 |
| adam@eff.org | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| sophia@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| | ebhandari@aclu.org | jrossman@aclum.org |
| | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was sent by electronic mail to counsel of record in the case on March 22, 2019.

*/s/ Esha Bhandari*
_____