# EXHIBIT L

THE HONORABLE DENISE J. CASPER

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN K. MCALEENAN, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity, et al., <br><br> Defendants. | Case No. 17-cv-11730-DJC <br><br> DECLARATION OF JENNY TSANG, ASSISTANT DIRECTOR, LABORATORY AND SCIENTIFIC SERVICES, U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY (DHS) |

I, Jenny Tsang, hereby state as follows:

1. I am the Assistant Director of the San Francisco Laboratory, Laboratory and Scientific Services Directorate (LSSD), U.S. Customs and Border Protection (CBP), Department of Homeland Security (DHS). I have been employed with CBP (legacy U.S. Customs Services) for 30 years and I have held this position since September 2006. I was an analytical chemist from 1991 until 2002 when I became the Quality Manager before being promoted to my current position. I currently supervise several teams and one of my duties is assigning and prioritizing work, and reviewing lab reports before they are finalized.

2. In my role as Assistant Director, I assist in the management CBP's San Francisco Laboratory. The San Francisco Laboratory is one of eight field laboratories operated by

CBP LSS to provide the forensic and scientific testing and analysis in support of CBP operations. Among other things, CBP LSSD provides assistance in the inspection of electronic devices detained by CBP pursuant to the agency's law enforcement authorities.

3. In the course of my duties, I oversee the work of 10 laboratory personnel and am familiar with the polices applicable to the laboratory's work. I also have access to the records maintained by the laboratory that document the activities performed by laboratory personnel under my supervision.

4. On May 24, 2016, the CBP San Francisco Laboratory received three electronic devices – a laptop, a cell phone, and GoPro video camera – that had been detained by the Port of Denver during the April 21, 2016 border inspection of Matthew Wright, whom I understand is a plaintiff in the above-referenced matter. It is my understanding that the port sent the devices to the CBP San Francisco Laboratory seeking assistance in gaining access to the contents of the devices so they could be examined as part of the border inspection.

5. The CBP San Francisco Laboratory was able to access certain information contained on the cell phone's SIM card and certain information on the GoPro camera. Copies of the information were placed on three thumb drives maintained by the laboratory. The three thumb drives were sent to the Port of Denver for continuation of the border inspection on June 6, 2016, along with Mr. Wright's laptop, cell phone, and GoPro camera. The CBP San Francisco Laboratory did not access or copy any information from the cell phone's internal memory or from the laptop computer.

6. After the completion of the border inspection, the thumb drives containing copies of information from Mr. Wright's SIM card and GoPro camera were returned to the CBP San Francisco Laboratory and received on August 22, 2016. Upon receipt of the thumb drives,

the copies of information from Mr. Wright's electronic devices were deleted by the CBP San Francisco Laboratory in accordance with CBP policy.

I declare under the penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated: June _5, 2019

*[signature]*
Jenny Tsang
Assistant Director, San Francisco Laboratory
Laboratory and Scientific Services
U.S. Customs and Border Protections