# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>KEVIN McALEENAN, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity et al.,<br><br>       Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

## JOINT NOTICE REGARDING ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs and Defendants file this Joint Notice pursuant to this Court's Order, ECF No. 88. The Court's Order stated that counsel for the parties may present suggestions for the sequence of oral argument to be held on July 18, 2019, on the parties' cross-motions for summary judgment. The parties hereby respectfully propose the following:

1. Plaintiffs' counsel wish to divide oral argument among two attorneys, with one attorney, Esha Bhandari, arguing in support of the merits of Plaintiffs' claims, and the second attorney, Adam Schwartz, arguing in support of Plaintiffs' standing. Plaintiffs respectfully request that the Court permit this division of oral argument.

2. Michael Drezner will argue for Defendants.

3. The parties have agreed that Plaintiffs will argue first in support of their Motion for Summary Judgment, addressing the merits and standing, followed by Defendants in

support of their Cross-Motion for Summary Judgment, addressing the merits and

standing. Plaintiffs and Defendants each wish to reserve time for a reply.

4.  The parties do not intend to address the specific contents of any of the sealed documents

filed in Plaintiffs' Exhibits 47 and 48 (except to the extent that characterizations of those

documents have been filed publicly and are not under seal), and therefore do not

anticipate needing any closed session of argument.

Respectfully submitted:                                       Dated: July 10, 2019

For Plaintiffs:

| | | |
|---|---|---|
| Adam Schwartz * | */s/ Esha Bhandari* | Jessie J. Rossman |
| Sophia Cope* | Esha Bhandari* | BBO #670685 |
| Saira Hussain* | Hugh Handeyside* | Matthew R. Segal |
| ELECTRONIC FRONTIER | Nathan Freed Wessler* | BBO #654489 |
| FOUNDATION | AMERICAN CIVIL | AMERICAN CIVIL |
| 815 Eddy Street | LIBERTIES UNION | LIBERTIES UNION |
| San Francisco, CA 94109 | FOUNDATION | FOUNDATION OF |
| (415) 436-9333 (phone) | 125 Broad Street, | MASSACHUSETTS |
| (415) 436-9993 (fax) | 18th Floor | 211 Congress Street |
| adam@eff.org | New York, NY 10004 | Boston, MA 02110 |
| sophia@eff.org | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| saira@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| | ebhandari@aclu.org | jrossman@aclum.org |
| | hhandeyside@aclu.org | msegal@aclum.org |
| | nwessler@aclu.org | |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

For Defendants:

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ *Marsha Stelson Edney*
MARSHA STELSON EDNEY
Senior Trial Counsel
MICHAEL DREZNER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division/Federal Programs
Street:  1100 L Street N.W., Rm 11014
Washington, DC 20005
T: (202) 514-4520
Email: Marsha.Edney@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on July 10, 2019, a copy of the foregoing was filed electronically via the

Court's ECF system, which effects service upon counsel of record.

/s/ *Esha Bhandari*

Esha Bhandari