UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN McALEENAN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al., <br><br> Defendants. | Civil Action No. 17-cv-11730-DJC <br><br> Hon. Denise J. Casper |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs respectfully move for leave to file a supplemental Statement of Undisputed Material Facts ("SUMF") in support of their motion for summary judgment, ECF No. 90, and in opposition to Defendants' motion for summary judgment, ECF No. 96. It will consist of a single paragraph describing a new border search of Plaintiff Suhaib Allababidi's electronic devices less than one week ago. Defendants do not oppose this motion. In support of this motion, Plaintiffs state that good cause exists as follows:

1. On February 5, 2019, this Court adopted a scheduling order. ECF No. 80. It provided that fact discovery would close by March 22, 2019, that Plaintiffs would move for summary judgment by April 30, 2019, that Defendants would move for summary judgment by June 6, 2019, and that Plaintiffs would respond and reply by July 3, 2019. On April 10, 2019, this Court allowed Defendants to file a reply by July 15, 2019. ECF No. 88. A hearing on the parties' cross-motions for summary judgment is set for July 18, 2019.

2. On July 6, 2019, Plaintiff Allababidi was subjected to a new border search of his electronic devices.

3. On July 11, 2019, Plaintiffs notified Defendants of the new search and that Plaintiffs intended to file the instant motion.

4. The new search of Plaintiff Allababidi's electronic devices is material to Plaintiffs' standing in this case.

5. Plaintiffs' supplemental SUMF will not prejudice Defendants. Defendants' counsel have sufficient time to consult with Defendants and respond to this new filing prior to the deadline for their reply brief in support of their cross-motion for summary judgment, and prior to the scheduled summary judgment hearing.

6. Attached hereto is Plaintiffs' proposed supplemental SUMF, and proposed supporting declaration from Plaintiff Allababidi describing this new border search of his devices.

WHEREFORE, Plaintiffs respectfully request that Plaintiffs be permitted to file the attached supplemental SUMF and supporting declaration.

Respectfully submitted:                                                                 Dated: July 12, 2019

/s/ Saira Hussain            Esha Bhandari*                    Jessie J. Rossman
Adam Schwartz *              Hugh Handeyside*                  BBO #670685
Sophia Cope*                 Nathan Freed Wessler*             Matthew R. Segal
Saira Hussain*               AMERICAN CIVIL                    BBO #654489
ELECTRONIC FRONTIER          LIBERTIES UNION                   AMERICAN CIVIL
FOUNDATION                   FOUNDATION                        LIBERTIES UNION
815 Eddy Street              125 Broad Street,                 FOUNDATION OF
San Francisco, CA 94109      18th Floor                        MASSACHUSETTS
(415) 436-9333 (phone)       New York, NY 10004                211 Congress Street
(415) 436-9993 (fax)         (212) 549-2500 (phone)            Boston, MA 02110
adam@eff.org                 (212) 549-2583 (fax)              (617) 482-3170 (phone)
sophia@eff.org               ebhandari@aclu.org                (617) 451-0009 (fax)
saira@eff.org                hhandeyside@aclu.org              jrossman@aclum.org
                             nwessler@aclu.org                 msegal@aclum.org

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Saira Hussain*
Saira Hussain

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, counsel for Plaintiffs certify that they have conferred with counsel for Defendants, and that counsel for Defendants does not oppose this motion.

*/s/ Saira Hussain*
Saira Hussain