UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>KEVIN McALEENAN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>  Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiffs hereby submit their Supplemental Statement of Undisputed Material Facts in support of their Motion for Summary Judgment, ECF No. 90, and in opposition to Defendants' motion for summary judgment, ECF No. 96.

**PLAINTIFF'S SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

125.1. On July 6, 2019, Suhaib Allababidi arrived at the Toronto airport for a flight to Dallas. Exh. 52 (7/11/19 Allababidi Dec.) at ¶ 1. He traveled with a smartphone and a laptop. *Id.* at ¶¶ 3-4, 7-8. At the Toronto preclearance area, U.S. Customs and Border Protection ("CBP") searched both Allababidi's phone and laptop. *See id.* at ¶¶ 3-10.

Respectfully submitted:                                              Dated: July 12, 2019

| | | |
|---|---|---|
| */s/ Saira Hussain*<br>Adam Schwartz *<br>Sophia Cope*<br>Saira Hussain*<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street | Esha Bhandari*<br>Hugh Handeyside*<br>Nathan Freed Wessler*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, | Jessie J. Rossman<br>BBO #670685<br>Matthew R. Segal<br>BBO #654489<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF |

1

| | | |
|---|---|---|
| San Francisco, CA 94109 | 18th Floor | MASSACHUSETTS |
| (415) 436-9333 (phone) | New York, NY 10004 | 211 Congress Street |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | Boston, MA 02110 |
| adam@eff.org | (212) 549-2583 (fax) | (617) 482-3170 (phone) |
| sophia@eff.org | ebhandari@aclu.org | (617) 451-0009 (fax) |
| saira@eff.org | hhandeyside@aclu.org | jrossman@aclum.org |
| | nwessler@aclu.org | msegal@aclum.org |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 12, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

/s/ *Saira Hussain*
Saira Hussain