IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, NADIA ALASAAD, SUHAIB ALLABABIDI, SIDD BIKKANNAVAR, JÉRÉMIE DUPIN, AARON GACH, ISMAIL ABDEL-RASOUL AKA ISMA'IL KUSHKUSH, DIANE ZORRI, ZAINAB MERCHANT, MOHAMMED AKRAM SHIBLY, AND MATTHEW WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN, ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; JOHN P. SANDERS, CHIEF OPERATING OFFICER AND SENIOR OFFICIAL PERFORMING THE FUNCTIONS AND DUTIES OF THE COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, IN HIS OFFICIAL CAPACITY; AND MARK A. MORGAN, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY,<br><br>Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**DEFENDANTS'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTS**

125.1. On July 6, 2019, Suhaib Allababidi arrived at the Toronto airport for a flight to Dallas. Exh. 53 (7/11/19 Allababidi Dec.) at ¶ 1. He traveled with a smartphone and a laptop. *Id.*

at ¶¶ 3-4, 7-8. At the Toronto preclearance area, U.S. Customs and Border Protection ("CBP") searched both Allababidi's phone and laptop. *See id.* at ¶¶ 3-10.

**Defendants' Response**:  No dispute.

Dated: July 15, 2019                                      Respectfully submitted:

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director, Federal Programs Branch

MARSHA STELSON EDNEY
Senior Trial Counsel

/s/ *Michael Drezner*
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division/Federal Programs
T: (202) 514-4505
Email: Michael.Drezner@usdoj.gov

Attorneys for Defendants