UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHAD F. WOLF, Acting Secretary of the )<br>U.S. Department of Homeland Security, in his )<br>official capacity, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

**PLAINTIFFS' ASSENTED-TO MOTION TO STAY PROCEEDINGS FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 54, Plaintiffs in the above-captioned case respectfully request the Court stay proceedings concerning attorneys' fees and costs until after judgment as to all Plaintiffs is final and not appealable. Plaintiffs have conferred with Defendants, and Defendants assent to the relief sought in this motion.

In support of this motion, Plaintiffs state the following:

1. On November 21, 2019, this Court entered Judgment in this matter in favor of Plaintiffs, ECF No. 112, to the extent explained in the Court's Memorandum and Order, ECF No. 109.

2. Staying proceedings concerning attorneys' fees and costs would resolve any ambiguity concerning when the application for such an award must be filed by Plaintiffs. Under the Equal Access to Justice Act ("EAJA"), a motion for fees and costs must be filed "within 30 days of final judgment." 28 U.S.C. § 2412(d)(1)(B). The Supreme Court has concluded that "a 'final judgment'

1

for purposes of 28 U.S.C. § 2412(d)(1)(B) means a judgment rendered by a court that terminates *the civil action* for which EAJA fees may be received." *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (emphasis added).

3. Staying proceedings concerning attorneys' fees and costs would preserve judicial resources and avoid unnecessary litigation in the event of an appeal in this case.

4. Counsel for Plaintiffs have consulted with counsel for Defendants concerning the relief sought in this motion, and Defendants consent to the requested stay of proceedings but make no representation regarding Plaintiffs' entitlement to attorneys' fees and costs.

WHEREFORE, Plaintiffs respectfully request this Court stay proceedings concerning attorneys' fees and costs until after judgment as to all Plaintiffs is final and not appealable.

Dated: December 19, 2019

| Adam Schwartz * | */s/Esha Bhandari* | Jessie J. Rossman |
|---|---|---|
| Sophia Cope* | Esha Bhandari* | BBO #670685 |
| Saira Hussain* | Hugh Handeyside* | Matthew R. Segal |
| ELECTRONIC FRONTIER FOUNDATION | Nathan Freed Wessler* | BBO #654489 |
| 815 Eddy Street | AMERICAN CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS |
| San Francisco, CA 94109 | 125 Broad Street, 18th Floor | 211 Congress Street |
| (415) 436-9333 (phone) | New York, NY 10004 | Boston, MA 02110 |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | (617) 482-3170 (phone) |
| adam@eff.org | (212) 549-2583 (fax) | (617) 451-0009 (fax) |
| sophia@eff.org | ebhandari@aclu.org | jrossman@aclum.org |
| saira@eff.org | hhandeyside@aclu.org | msegal@aclum.org |
|  | nwessler@aclu.org |  |

*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, counsel for Plaintiffs conferred with counsel for Defendants in good faith in an attempt to narrow or resolve the issues presented by the instant motion before filing it.

*/s/ Esha Bhandari*
Esha Bhandari

## CERTIFICATE OF SERVICE

I certify that on December 19, 2019, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Esha Bhandari*
Esha Bhandari