# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 17-cv-11730-DJC |
| v. | ) |
| | ) |
| CHAD F. WOLF, Acting Secretary of the | ) Hon. Denise J. Casper |
| U.S. Department of Homeland Security, in his | ) |
| official capacity, MARK A. MORGAN, | ) |
| Acting Commissioner of U.S. Customs and | ) |
| Border Protection, in his official capacity, and | ) |
| MATTHEW T. ALBENCE, Deputy Director | ) |
| and Senior Official Performing the Duties of | ) |
| the Director, U.S. Immigration and Customs | ) |
| Enforcement, in his official capacity. | ) |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Chad F. Wolf, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security, Mark. A. Morgan, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection, and Matthew T. Albence, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered on November 12, 2019, ECF No. 109, granting in part and denying in part Plaintiffs' motion for summary judgment, and denying Defendants' motion for summary judgment, and from the Judgment entered on November 21, 2019, ECF No. 112.

Dated: January 10, 2019

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

BRIGHAM BOWEN
Assistant Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Michael.L.Drezner@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on January 10, 2020.

*/s/ Michael Drezner*
Michael Drezner