# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Alasaad et al v. Duke et al

District Court Number: 17cv11730-DJC

Fee: Paid? Yes ____ No ____   Government filer _X_   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_
If yes, document # _____

Sealed documents   Yes _X_ No ____
If yes, document # 94,99

Ex parte documents   Yes ____ No _X_
If yes, document # _____

Transcripts   Yes _X_ No ____
If yes, document # 38,63,107

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#109 Memorandum and Order, #112 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#109, #112, and #115

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 115 filed on January 10, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**