# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi, Sidd Bikkannavar, Jérémie Dupin, Aaron Gach, Ismail Abdel-Rasoul aka Isma'il Kushkush, Diane Maye Zorri, Zainab Merchant, Mohammed Akram Shibly, and Matthew Wright,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Chad F. Wolf, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity; Mark A. Morgan, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; and Matthew T. Albence, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, in his official capacity,<br><br>　　　　Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

## **NOTICE OF APPEAL**

Pursuant to Fed. R. Civ. P. 3(c) and Fed. R. Civ. P. 4(a), notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered on November 12, 2019, ECF No. 109, denying in part and granting in part Plaintiffs' motion for summary judgment, and from the Judgment entered on November 21, 2019, ECF No. 112, granting relief to Plaintiffs to the extent explained in the Court's November 12, 2019 Memorandum and Order.

All Plaintiffs file this Notice of Appeal following the Notice of Appeal filed by all Defendants on January 10, 2020, ECF No. 115.

DATED: January 13, 2020

Respectfully submitted:

| | | |
|---|---|---|
| Adam Schwartz * | */s/Nathan Freed Wessler* | Jessie J. Rossman |
| Sophia Cope* | Esha Bhandari* | BBO #670685 |
| Saira Hussain* | Hugh Handeyside* | Matthew R. Segal |
| ELECTRONIC FRONTIER FOUNDATION | Nathan Freed Wessler* AMERICAN CIVIL LIBERTIES UNION FOUNDATION | BBO #654489 AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS |
| 815 Eddy Street | 125 Broad Street, | 211 Congress Street |
| San Francisco, CA 94109 | 18th Floor | Boston, MA 02110 |
| (415) 436-9333 (phone) | New York, NY 10004 | (617) 482-3170 (phone) |
| (415) 436-9993 (fax) | (212) 549-2500 (phone) | (617) 451-0009 (fax) |
| adam@eff.org | (212) 549-2583 (fax) | jrossman@aclum.org |
| sophia@eff.org | ebhandari@aclu.org | msegal@aclum.org |
| saira@eff.org | hhandeyside@aclu.org | |
| | nwessler@aclu.org | *Admitted *pro hac vice* *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2020, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

                                                */s/ Nathan Freed Wessler*
                                                Nathan Freed Wessler