# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Alasaad et al v. Duke et al

District Court Number: 17cv11730-DJC

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No  X   
If yes, document # ____

Sealed documents  Yes  X  No ____
If yes, document # 94,99

Ex parte documents  Yes ____ No  X  
If yes, document # ____

Transcripts  Yes  X  No ____
If yes, document # 38,63,107

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

109 Memorandum and Order, #112 Judgment

Other information:

***Cross Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#109, #112, and #117

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 117 filed on January 13, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 13, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**