# United States Court of Appeals
## For the First Circuit

Nos.  20-1077
      20-1081

GHASSAN ALASAAD; NADIA ALASAAD; SUHAIB ALLABABIDI; SIDD BIKKANNAVAR; JEREMIE DUPIN; AARON GACH; ISMAIL ABDEL-RASOUL, a/k/a Isma'il Kushkush; DIANE MAYE ZORRI; ZAINAB MERCHANT; MOHAMMED AKRAM SHIBLY; MATTHEW WRIGHT,

Plaintiffs, Appellees/Cross-Appellants,

v.

ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; TAE D. JOHNSON, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in his official capacity,

Defendants, Appellants/Cross-Appellees.

**JUDGMENT**
Entered: February 9, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part, reversed in part, and vacated in part, and the matter is remanded for the entry of a revised judgment consistent with the opinion issued this day. No costs are imposed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Matthew R Segal, Jessie J. Rossman, Esha Bhandari, Nathan Wessler, Sophia Sabrina Cope, Adam Schwartz, Hugh Handeyside, Saira Hussain, Matthew S. Shapanka, Rafael Reyneri, David J. Nathanson, Brianne J. Gorod, Dayna Zolle, Constitutional Accountability

Center, Elizabeth B. Wydra, Brian R. Frazelle, Bruce D. Brown, Caroline DeCell, Stephanie Krent, Katie Townsend, Gabriel Rottman, Linda Moon, Caitlin Vogus, Donald Campbell Lockhart, Scott R. McIntosh, Annapurna Balakrishna, Joshua Paul Waldman, Elizabeth A. Ritvo, David A. Schulz, Joshua Dunn, Jennifer Pinsof, Christopher T. Bavitz, Michael J. Iacopino, Michael William Price, Mukund Rathi, Mark Christopher Fleming, Meghan Koushik, Hammad Arsalan Alam, Glenn Katon