UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity, and TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity.<br><br>  Defendants. | Civil Action No. 17-cv-11730-DJC<br><br>Hon. Denise J. Casper |

## JOINT NOTICE OF PROPOSED FINAL JUDGMENT

Pursuant to this Court's Minute Order of April 5, 2021, the parties have conferred and submit the attached jointly proposed judgment for the Court's consideration.

Dated: April 12, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

BRIGHAM BOWEN
Assistant Director, Federal Programs Branch

*/s/ Michael L. Drezner*
MICHAEL L. DREZNER
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW

Washington, DC 20005
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Michael.L.Drezner@usdoj.gov

*Counsel for Defendants*

*/s/ Esha Bhandari*
Esha Bhandari
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
Telephone: 212-549-2500
Facsimile: (212) 549-2583
ebhandari@aclu.org

*Counsel for Plaintiffs*