UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GHASSAN ALASAAD, et al., | ) |
| Plaintiffs, | ) ) ) |
| | ) Civil Action No. 17-cv-11730-DJC |
| v. | ) ) |
| ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity, TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity, and TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity. | ) Hon. Denise J. Casper ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## [PROPOSED] FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Opinion of the Court of Appeals for the First Circuit, ECF No. 123, the Judgment of the Court of Appeals for the First Circuit, ECF No. 124, and the Mandate of the Court of Appeals for the First Circuit, ECF No. 125,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that,

1. Judgment is entered for Defendants;

2. All Declaratory and Injunctive relief previously ordered by the Court, ECF No. 112, is vacated.

**SO ORDERED**.

_Denise J. Casper_
Denise J. Casper
**United States District Judge**