# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 28, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Zainab Merchant, et al.
           v. Alejandro N. Mayorkas, Secretary of Homeland Security, et al.
           No. 20-1505
           (Your No. 20-1077, 20-1081)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 23, 2021 and placed on the docket April 28, 2021 as No. 20-1505.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst