# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 28, 2021

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  Zainab Merchant, et al.
           v. Alejandro N. Mayorkas, Secretary of Homeland Security, et al.
           No. 20-1505
           (Your No. 20-1077, 20-1081)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk